**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Defendant LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROWE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>CLARK COUNTY EDUCATION<br>ASSOCIATION; LAS VEGAS<br>METROPOLITAN POLICE DEPARTMENT;<br>CLARK COUNTY SCHOOL DISTRICT<br>POLICE DEPARTMENT; DOES I through X,<br>X, inclusive; and ROE CORPORATIONS I<br>through X, inclusive,<br><br>                    Defendants. | Case No.:    2:16-cv-00661-JCM-PAL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Michael Rowe, in Proper Person, and Defendant Las Vegas Metropolitan Police Department, by and through the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1.    That the above-entitled case is hereby dismissed with prejudice against Defendant Las Vegas Metropolitan Police Department;

2.    That the hearing for LVMPD's Motion to Compel (ECF No. 052), scheduled for January 10, 2017 at 9:30am (ECF No. 061) be vacated;

3.    There is no trial date currently set in this matter; and

. . .

. . .

MAC:05166-917 2946713_1 11/17/2016 8:42 AM

4. Each party will bear its own attorney fees and costs.

Dated this 17 day of November, 2016.

By: *Michael Rowe*
Michael Rowe
2300 W. Silverado Ranch Blvd., #1025
Las Vegas, Nevada 89183
*In Proper Person*

Dated this 17 day of November, 2016.

MARQUIS AURBACH COFFING

By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant LVMPD

IT IS SO ORDERED November 21, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE