UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL ROWE,<br><br>                    Plaintiff,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>                    Defendants. | Case No.2:16-cv-00661-JCM-PAL<br><br>ORDER<br><br>(Mot Compel – ECF No. 52) |

The court set a hearing for January 10, 2017, on LVMPD's Motion to Compel Plaintiff to Unseal Criminal Records (ECF No. 52).

Defendant LVMPD filed the motion to compel on October 10, 2016. On October 14, 2017, Defendant Clark County Education Association ("CCEA") filed a Joinder (ECF No. 55) to LVMPD's motion. On October 10, 2016 LVMPD moved to withdraw (ECF No 58) another motion to compel (ECF No 48) which the court granted (ECF No 60). On November 21, 2016, Defendant LVMPD was dismissed from this case. However, as LVMPD's motion to compel (ECF No 52) was joined by CCEA, the motion remained open on the court's docket. Neither the Plaintiff, who is pro se, or counsel for CCEA appeared at the hearing.

**IT IS ORDERED** that the Motion to Compel Plaintiff to Unseal Criminal Records (ECF No. 52) is **DENIED**.

DATED this 10th day of January, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1