**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Defendant Las Vegas
   Metropolitan Police Department

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL ROWE,

                              Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT;
CLARK COUNTY EDUCATION
ASSOCIATION; LAS VEGAS
METROPOLITAN POLICE DEPARTMENT;
CLARK COUNTY SCHOOL DISTRICT
POLICE DEPARTMENT; DOES I through X,
X, inclusive; and ROE CORPORATIONS I
through X, inclusive,

                              Defendants.

Case No.:        2:16-cv-00661-JCM-PAL

## DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their attorneys of record, hereby request removal of Craig R. Anderson, Esq. and Brianna Smith, Esq. from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter.

Defendant LVMPD filed a Stipulation and Order for Dismissal with Prejudice between Plaintiff Michael Rowe and LVMPD [ECF No. 63], and is no longer be associated with this matter.  Accordingly, the undersigned counsel requests that only Craig R. Anderson, Esq. and

MAC:05166-917 2983604_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  Brianna Smith, Esq. be removed from the CM/ECF Service list in this matter, United States

2  District Court Case No.: 2:16-cv-00661-JCM-PAL.

3          Dated this 12th day of January, 2017.

4                                                          MARQUIS AURBACH COFFING

5

6                                                          By:    /s/ Brianna Smith
                                                           Craig R. Anderson, Esq.
7                                                          Nevada Bar No. 6882
                                                           Brianna Smith, Esq.
8                                                          Nevada Bar No. 11795
                                                           10001 Park Run Drive
9                                                          Las Vegas, Nevada 89145
                                                           Attorneys for Defendant Las Vegas
10                                                         Metropolitan Police Department

11  **IT IS SO ORDERED** this 17th day
    of January, 2017.
12

13

14  Peggy A. Leen
    United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAC:05166-917 2983604_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 12th day of January, 2017.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒    I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Plaintiff Michael Rowe
2300 W. Silverado Ranch Blvd., #1025
Las Vegas, Nevada 89183
In Proper Person

_____
An employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-917 2983604_1