UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL ROWE,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-0661-JCM-PAL<br><br>ORDER<br><br>(Mot Strike – ECF No. 80)<br>(Mot Strike – ECF No. 87)<br>(Mot Strike – ECF No. 93) |

Before the court is Defendants Clark County School District and Clark County School District Police Department's: (1) Motion to Strike Plaintiff's Motion to Vacate Arbitration Award [Doc. 73] (ECF No. 80); (2) Motion to Strike Plaintiff's Letter to Your Honor [Doc. 82] (ECF No. 87); and (3) Motion to Strike Plaintiff's Letter to Your Honor [Doc. 91] (ECF No. 93). The court has reviewed the motions and all Joinders (ECF Nos. 80, 89, 94). No opposition to the Motion to Strike (ECF No. 80) has been filed and the time for filing an opposition has expired. Pursuant to LR 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."

The letters to the court Mr. Rowe filed are not motions authorized by the Federal Rules of Civil Procedure or the Local Rules of Practice. The stated purpose of ECF No. 82 is to provide additional information regarding the lawsuit to the court. ECF No. 91 tells the court Mr. Rowe is disgruntled about a number of things, and wants the court to hear his voice. While the court appreciates that Mr. Rowe is representing himself, and it is difficult to prosecute a federal lawsuit without counsel, he is required to follow the Federal Rules of Civil Procedure, The Local Rules of Practice and familiarize himself with the substantive law governing his claims. Filing duplicate

1  requests for the same relief and letter requests is simply not permitted, wastes the resources of the
2  court and opposing parties, and unnecessarily delays resolution of cases on the merits.
3      Having reviewed and considered the matter,
4      **IT IS ORDERED** that Defendants Clark County School District and Clark County School
5  District Police Department's:
6      1. Motion to Strike Plaintiff's Motion to Vacate Arbitration Award [Doc. 73] (ECF No.
7         80) is **Granted**.
8      2. Motion to Strike Plaintiff's Letter to Your Honor [Doc. 82] (ECF No. 87) is **Granted**.
9      3. Motion to Strike Plaintiff's Letter to Your Honor [Doc. 91] (ECF No. 93) is **Granted**.
10 DATED this 27th day of March, 2017.

                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE