THOMAS J. DONALDSON
Nevada Bar No. 5283
CASEY A. GILLHAM
Nevada Bar No. 11971
DYER, LAWRENCE, FLAHERTY,
DONALDSON & PRUNTY
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896 telephone
(775) 885-8728 facsimile
tdonaldson@dyerlawrence.com
cgillham@dyerlawrence.com

Attorneys for Clark County Education Association

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ROWE,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:16-cv-00661-JCM-PAL<br><br>DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS |

Former Defendant, Clark County Education Association (hereinafter "CCEA"), by and through its attorneys Dyer, Lawrence, Flaherty, Donaldson & Prunty, and Thomas J. Donaldson and Casey A. Gillham, hereby requests removal from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter.

By Order (ECF No. 122) dated July 10, 2017, the Court denied Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 113), which resulted in all causes of action against CCEA being dismissed. *See also* ECF No. 110. Therefore, undersigned counsel requests that both

///

///

///

Thomas J. Donaldson, Esq., and Casey A. Gillham, Esq., be removed permanently from the CM/ECF Service list in this matter.

DATED this 3rd day of August, 2017.

DYER, LAWRENCE, FLAHERTY, DONALDSON & PRUNTY

By: /s/ Thomas J. Donaldson
Thomas J. Donaldson
Nevada Bar No. 5283
Casey A. Gillham
Nevada Bar No. 11971
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896
Attorneys for Clark County Education Association

**IT IS SO ORDERED** this 7th day of August, 2017.

Peggy A. Leen
United States Magistrate Judge



Dyer, Lawrence, Flaherty, Donaldson & Prunty
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2017, the foregoing DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS was served by e-service through the Nevada United States District Court CM/ECF System and via email upon:

Michael Rowe, Plaintiff
2300 E. Silverado Ranch Blvd., #1025
Las Vegas, NV 89183
vegasm@icloud.com

Scott Greenberg, Esq.
Assistant General Counsel
Adam Honey, Esq.
Assistant General Counsel
CLARK COUNTY SCHOOL DISTRICT
5100 West Sahara Avenue
Las Vegas, Nevada 89146
sgreenberg@interact.ccsd.net
ahoney@interact.ccsd.net
Attorneys for Defendants CCSD and CCSDPD

Debora McEachin

F:\cases\cases16\16073\Pleadings\170719.cceas.ex.parte.mtn.rmv.counsel.srvc.lst.wpd



Dyer, Lawrence, Flaherty, Donaldson & Prunty
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896