UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL ROWE, | Case No. 2:16-CV-661 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Michael Rowe's motion for summary judgment. (ECF No. 139).

On November 8, 2017, the court entered summary judgment in favor of defendant Clark County School District ("CCSD") on plaintiff's § 1983 claim, which was the last outstanding claim in the case. Also on November 8, 2017, the clerk entered judgment in favor of defendant CCSD. As plaintiff has no outstanding claims, his motion for summary judgment is moot.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 139) be, and the same hereby is, DENIED as moot.

DATED November 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**