UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL ROWE,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>Defendant(s). | Case No. 2:16-CV-661 JCM (PAL)<br><br>ORDER |

Presently before the court is plaintiff Michael Rowe's "motion to submit original charging documents." (ECF No. 142).

On November 8, 2017, the court granted defendant Clark County School District's motion for summary judgment and denied plaintiff's motion for preliminary injunction. (ECF No. 137). Also on November 8, 2017, the clerk entered judgment in favor of defendant and against plaintiff. (ECF No. 138).

On November 13, 2017, plaintiff filed a motion for summary judgment. (ECF No. 139). On November 14, 2017, the court denied plaintiff's motion as moot, noting that the order on defendant's motion for summary judgment closed the case. (ECF No. 141).

On January 29, 2018, plaintiff filed the instant "motion to submit original charging documents." (ECF No. 142). As the court has already granted summary judgment to defendant on all of plaintiff's outstanding claims and the clerk has closed the case, plaintiff's motion is moot.

Accordingly,

IT IS HEREBY ORDERED that defendant's "motion to submit original charging documents" (ECF No. 142), be and the same hereby is, DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

1 | The clerk shall strike the motion and attached exhibit from the record.  Further frivolous
2 | filings by plaintiff in this case will result in sanctions.

DATED February 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -